UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANNY NELSON DEVELOPMENT CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-1105 CAS |
| ) | |
| ROUND TABLE DESIGN, INC., ) | |
| KEVIN PHILLIPS, RICHARD R. ) | |
| PEACOCK, and JOHN L. MILLER, ) | |
| ) | |
| Defendants. ) | |

## PARTIAL JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant John L. Miller on plaintiff's claims against him in Count III of the complaint.

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  16th  day of November, 2006.