UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY NELSON DEVELOPMENT COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:05-CV-1105 CAS |
| ROUND TABLE DESIGN, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on its own motion. Although the designated neutral has informed the Court that this action has settled, it remains pending. The Court hereby notifies the parties that it has extended an offer of employment to Ms. Maggie B. Peters, one of plaintiff's attorneys, and Ms. Peters will be joining chambers staff as a law clerk in January 2007. In her new position, Ms. Peters will have no contact with or duties in connection with this matter.

If any party believes that the Court's employment of Ms. Peters presents a conflict of interest on the part of the Court, that party should promptly file a motion for recusal of the undersigned.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  28th  day of December, 2006.